DocuSign Envelope ID: 86D5F27B-2D94-405F-ABD3-244A12C25716

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| AIR PRODUCTS BLUE ENERGY, LLC | CIVIL ACTION |
| VERSUS | 22-809-SDD-RLB |
| LIVINGSTON PARISH GOVERNMENT, LIVINGSTON PARISH COUNCIL, and JASON ARD | |

**AFFIDAVIT OF SHERIFF JASON ARD,
SHERIFF FOR THE PARISH OF LIVINGSTON**

NOW APPEARS, Jason Ard, solely in his official capacity as Sheriff for the Parish of Livingston, and who, pursuant to the Court's Ruling and Order dated December 26, 2022, represents to the Court that on the 29th day of December, 2022 he circulated a copy of the Court's Order to:

1. Chief Deputy Brian Smith
   20300 Government Boulevard
   Livingston, LA 70754
   Telephone: 225-435-1327

2. Chief of Operations Alden Thomasson
   20300 Government Boulevard
   Livingston, LA 70754
   Telephone: 225-435-1320

3. Major Chad McGovern
   Unformed Commander
   20300 Government Boulevard
   Livingston, LA 70754
   Telephone: 225-435-1574

4. Captain Kenneth McMorris
   Uniform Patrol
   20300 Government Boulevard
   Livingston, LA 70754
   Telephone: 225-435-1347

These named individuals are the administrative chain of command for ordinance enforcement.

They have been given a copy of the injunction prohibiting the enforcement of Parish Ordinance No. 22-49.

THUS DONE AND SIGNED this 9th day of January, 2023 at Livingston, LA.

_____
SHERIFF JASON ARD

SWORN TO AND SUBSCRIBED before me on this 9th day of January, 2023.

_____
NOTARY PUBLIC

## CERTIFICATE OF SERVICE

I **HEREBY CERTIFY** that a copy of the above has been served upon all counsel of record by filing the same in this Court's CM/ECF system and on any unrepresented parties via certified mail this this ____ day of January, 2023.

_____
ERIC L. PITTMAN (Bar Roll #10648)