## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

AIR PRODUCTS BLUE ENERGY, LLC            CIVIL ACTION

VERSUS            NO. 22-809-SDD-RLB

LIVINGSTON PARISH GOVERNMENT, ET AL.

## ORDER

The scheduling conference presently set for **January 12, 2023** is **CANCELLED.**

**The deadlines established below are based on the parties' submissions and are final deadlines.** In accordance with Federal Rule of Civil Procedure 16(b), the following deadlines are established:

1. The deadline to join other parties or to amend the pleadings is **February 24, 2023.**

2. Discovery must be completed as follows:

    a. Exchanging initial disclosures required by F.R.C.P. 26(a)(1): **January 25, 2023.**

    b. **Filing** all discovery motions and **completing** all discovery except experts: **June 26, 2023.**

    **NOTE:** Any motions filed regarding discovery must be accompanied by a certificate of counsel for the moving party, stating that counsel have conferred in person or by telephone for purposes of amicably resolving the issues and stating why they are unable to agree or stating that opposing counsel has refused to so confer after reasonable notice.

    c. Disclosure of identities and resumés of experts:

         **Plaintiff(s):**      April 25, 2023.

         **Defendant(s):**      May 25, 2023.

    d. Expert reports must be submitted to opposing parties as follows:

         **Plaintiff(s):**      June 26, 2023.

                **Defendant(s):**      **July 26, 2023.**

        e.        Discovery from experts must be completed by **August 28, 2023.**

3.        Deadline to file dispositive motions and Daubert motions: **September 26, 2023.**

4.        Deadline to file pre-trial order: **March 12, 2024.**[1]

        **Prior to the filing of the pretrial order, the parties will exchange or make available for inspection all exhibits which the parties will or may introduce at trial.**

5.        Deadline to file motions in limine: **March 18, 2024.**

        **Any responses to Motions in Limine shall be filed within seven (7) days after the filing of the motion.**

6.        Deadline to file an affidavit of settlement efforts: **February 26, 2024.**

7.        Pre-trial conference date: **March 26, 2024 at 3:00 p.m.** in the chambers of the Honorable Shelly D. Dick.

8.        Deadline to submit joint jury instructions, voir dire, and verdict forms to the presiding judge: **March 18, 2024.**

        **The information regarding the Honorable Shelly D. Dick's pretrial order may be found on the court's website at (**http://www.lamd.uscourts.gov**) under "Judges' Info."**

9.        **A 5-day jury trial is scheduled for 9:00 a.m. beginning on April 8, 2024 in Courtroom 3.**

The time limits set forth in this order shall not be modified except by leave of court upon a showing of good cause. Joint, agreed or unopposed motions to extend scheduling order deadlines will not be granted automatically. All motions to extend scheduling order deadlines must be supported by facts sufficient to find good cause as required by Rule 16, Fed.R.Civ.P. Extensions of deadlines governing discovery must be supported with information describing the discovery already completed, what necessary discovery remains, the parties' efforts to complete

---

[1] Motions to extend or otherwise modify this date and the dates/deadlines that follow shall be directed to the district judge.

the remaining discovery by the deadline, and any additional information showing that the parties have diligently pursued their discovery. Further, a motion to extend any deadline set by this Order must be filed before its expiration.

Parties are directed to consult the Middle District's Administrative Procedures which contains additional mandatory filing rules and procedures. The Administrative Procedures are available for viewing and download on the court's website (http://www.lamd.uscourts.gov) under "E-Filing," "CM/ECF Info," "Administrative Procedures."

The parties may contact the court at (225) 389-3602 should they wish to schedule a settlement conference.

Signed in Baton Rouge, Louisiana, on January 9, 2023.

                                       **RICHARD L. BOURGEOIS, JR.**
                                       **UNITED STATES MAGISTRATE JUDGE**